IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 5:15-CR-214-H |
| | : | |
| STEVE A. COBB, JR. | : | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned Assistant United States Attorney hereby applies to the captioned court for the issuance of a writ of habeas corpus (x) ad prosequendum () ad testificandum () in re motion pursuant to 28 U.S.C. § 2255 and avers:

1. Name of detainee: Steve Cobb, Jr.
2. Detained by: Lumberton CI
   Fax number: 910-618-5615

3. Detainee is ( x) charged in this district by (x) Indictment ( ) Information ( ) Complaint with, OR ( ) was convicted in this district of, violating Title 18 U.S.C. §922g1 OR () is a witness not otherwise available by the ordinary process of the Court.

4. Appearance is necessary on Thursday, October 1, 2015 at 10:00am, () in U.S. District Court,(X ) Magistrate Court, Raleigh, North Carolina, before Magistrate Judge Numbers OR () before the Federal Grand Jury in this district, for: (X) initial appearance () detention hearing () arraignment () plea hearing () trial () sentencing () in re a motion pursuant to 28 U.S.C. §2255 () the purpose of giving testimony in the captioned proceeding ( ) other purpose(s), specifically.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Carrie D. Randa
　　　　　　　　　　　　　　　　　　　　　　　　CARRIE D. RANDA
　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

## WRIT OF HABEAS CORPUS

(x) Ad Prosequendum　　　　　() Ad Testicandum　　　　　() In Re Motion to Vacate

The instant application is granted and the above-named custodian, as well as the United States Marshal for this district, his deputies, and other United States Marshals and their deputies, is and are directed to produce the named detainee, in civilian clothes, on the date, at the time, and in the place recited above, and thereafter to maintain the said detainee within the jurisdiction of this Court pending the satisfaction of this writ or the further orders of the Court.

21 September 2015

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　James E. Gates
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case 5:15-cr-00214-H   Document 7   Filed 09/21/15   Page 1 of 1