UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Steven Allen Cobb Jr.**　　　　　　　　　　　　　　　　　　　　**Docket No. 5:15-CR-214-1H**

**Petition for Action on Supervised Release**

COMES NOW Dewayne L. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Steven Allen Cobb, Jr., who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1), 18 U.S.C. § 924(a)(2), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on June 15, 2016, to the custody of the Bureau of Prisons for a term of 44 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Cobb was released from custody on January 10, 2019, at which time the term of supervised release commenced. On March 6, 2019, a Violation Report was submitted advising that the defendant tested positive for cocaine and marijuana via instant urine screen on March 5, 2019. Cobb readily admitted using these substances, and he signed an admission of drug use form. Cobb was verbally reprimanded, counseled about his actions, cognitive behavior skills were used, and he agreed to attend outpatient substance abuse treatment sessions. The court agreed to continue supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** During a home inspection on April 10, 2019, the defendant tested positive for cocaine via instant urine screen. Cobb readily admitted to using cocaine base and opiates on April 8, 2019, and he signed an admission of drug use form. As a sanction for this violation, the probation office is recommending that he be placed on 60 days curfew with electronic monitoring. Additionally, he was instructed to attend weekly outpatient substance abuse treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to their residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Dewayne L. Smith<br>Dewayne L. Smith<br>U.S. Probation Officer<br>201 South Evans Street, Rm 214<br>Greenville, NC 27858-1137<br>Phone: 252-830-2338<br>Executed On: April 12, 2019 |

**Steven Allen Cobb Jr.**
**Docket No. 5:15-CR-214-1H**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this __16th__ day of __April__, 2019, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge