UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Steven Allen Cobb, Jr.**                    Docket No. 5:15-CR-214-1H

**Petition for Action on Supervised Release**

COMES NOW Michael W. Dilda, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Steven Allen Cobb, Jr., who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on June 15, 2016, to the custody of the Bureau of Prisons for a term of 44 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Cobb was released from custody on January 10, 2019, at which time the term of supervised release commenced. On March 6, 2019, a Violation Report was submitted to the court advising the defendant tested positive for cocaine and marijuana on March 5, 2019. Cobb was verbally reprimanded and agreed to attend substance abuse treatment. The court agreed with the probation officer's recommendation to continue supervision.

On April 12, 2019, a Petition for Action on Supervised Release was filed with the court advising Cobb tested positive for cocaine on April 10, 2019. On April 16, 2019, the court agreed with the probation officer's recommendation for the defendant to complete 60 days of electronic monitoring with a curfew. The program was successfully completed on June 21, 2019.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 24, 2019, the defendant provided a urine sample that tested positive for cocaine via an instant urine screen. Prior to the test, Cobb admitted he used cocaine and heroin on July 23, 2019, and subsequently signed an admission form noting the same. The defendant continues to participate in substance abuse counseling, and we are exploring inpatient treatment as an option. As a sanction for this violation conduct, completion of 90 days of electronic monitoring with a curfew is recommended. If Cobb is accepted into an inpatient treatment facility, the location monitoring would begin upon his discharge. On August 15, 2019, the defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 90 consecutive days. The defendant is restricted to their residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

**Steven Allen Cobb, Jr.**
**Docket No. 5:15-CR-214-1H**
**Petition For Action**
**Page 2**

Reviewed and approved,                      I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield            /s/ Michael W. Dilda
Dwayne K. Benfield               Michael W. Dilda
Supervising U.S. Probation Officer     U.S. Probation Officer
                                                  201 South Evans Street, Rm 214
                                                  Greenville, NC 27858-1137
                                                  Phone: 252-830-2342
                                                  Executed On: August 20, 2019

## ORDER OF THE COURT

Considered and ordered this __21st__ day of ___August___, 2019, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge